UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION MINNEAPOLIS

Jon Willand, Civil File No. 01-CV-1356 JMR/SRN

Plaintiff,

vs. **JUDGMENT**

Robert Alexander, in his individual and official capacities, et al.,

Defendants.

**JUDGMENT**

IT IS ORDERED THAT Judgment be entered for Plaintiff Jon Willand and against Will Antell, Andrew Boss, Nancy Brataas, Mary Choate, Daniel G. Coborn, Dennis Dotson, Ivan F. Dusek, Robert Erickson, Robert H. Hoffman, Jim Luoma, Lew Moran, Joann Splonkowski, Joseph Swanson, and Michael Vekich, in their official capacities as members of the Board of Trustees of the Minnesota State Colleges and Universities, Robert Alexander, in his individual and official capacities, and Ann Wynia, in her official capacity as President of North Hennepin Community College in the amount of one dollar ($1.00) plus ten thousand dollars ($10,000) in costs and attorneys' fees for the First and Second Claims of Plaintiff's Complaint.

IT IS ORDERED that all other claims stated in Plaintiff's Complaint against any defendants be DISMISSED WITH PREJUDICE.

Dated: June 25, 2002

United States District Judge

AG: #669458-v1

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED JUN 25 2002
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION MINNEAPOLIS

Jon Willand,

Plaintiff,

vs.

Robert Alexander, in his individual and official capacities, et al.,

Defendants.

Civil File No. 01-CV-1356 JMR/SRN

**STIPULATION FOR ENTRY OF JUDGMENT AND DISMISSAL WITH PREJUDICE**

The parties in the above-captioned action stipulate that the Court may enter the attached judgment and dismissal with prejudice.

ROSEN & ROSEN, LLC

DANIEL N. ROSEN
Atty. Reg. No. 250909

150 South 5th St.
Minneapolis, MN 55402
(612) 692-2777

ATTORNEYS FOR PLAINTIFF

Dated: June 21, 2002

MIKE HATCH
Attorney General
State of Minnesota

SCOTT R. GOINGS
Assistant Attorney General
Atty. Reg. No. 0282773

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 282-5711 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANTS

Dated: June 21, 2002

AG: #684188-v1